**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   **SUSAN GARCIA-SANTILLAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUSAN GARCIA-SANTILLAN, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:10-cr-103 LJO <br><br> STIPULATION TO TAKE BAIL REDUCTION/DETENTION HEARING OFF CALENDAR |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the bail reduction/detention hearing in the above captioned matter now scheduled for **March 17, 2010 at 1:30 p.m.** may be taken off calendar as there is an ICE hold on defendant, court has no jurisdiction over the ICE hold, thereby rendering the goal of the hearing moot.

*Lawrence G. Brown*
United States Attorney

DATED: March 16, 2010        By        /s/Susan Phan
*Susan Phan*
Assistant United States Attorney
Attorney for Plaintiff

DATED: March 16, 2010                 /s/ Galatea DeLapp
*GALATEA DeLAPP*  Attorney for

1 *SUSAN GARCIA-SANTILLAN*

**ORDER**

IT IS SO ORDERED.

Dated:   **March 16, 2010**          _____/s/ Gary S. Austin_____
                                    UNITED STATES MAGISTRATE JUDGE