IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 10-0103 LJO |
| Plaintiff, | **ORDER RE MEDICAL RECORDS** |
| vs. | |
| SUSANA GARCIA-SANTILLAN | |
| Defendant. | |

The medical unit of the Fresno County Jail is HEREBY ORDERED to provide all medical records of the Defendant in the above-referenced case to the Federal Probation Officer assigned to this case, Laurie McAnulty. It is to be accomplished by 2 p.m. today. This Order is pursuant to an on-the-record release of medical records provided to this Court by the Defendant, with the concurrence of her lawyer.

In a direct conversation with Dr. Laird last week, the Court was given assurance that the biopsy result records would be available and provided to the Court before the next court hearing in the case, scheduled for June 25, 2010 at 9 a.m. Due to the pending sentencing and the serious diagnosis, time is of the essence.

IT IS SO ORDERED.

**Dated:   June 24, 2010**                         /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1