1
2
3
4
5
6                **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8
9  UNITED STATES OF AMERICA,                CASE NO. CR F 10-0103 LJO
10            Plaintiff,                    **ORDER RE: SENTENCE**
11     vs.
12 SUSANA GARCIA-SANTILLAN
13            Defendant.
14 _____/

The immediate sentencing will not affect the currently-scheduled surgery. The Court has been assured that the transfer of this sentenced prisoner will not occur in the next week, and with the surgery's being scheduled next week, the medical procedure will proceed. The fact that this Court is sentencing now should not be viewed as a signal to anyone that the surgery should be continued or delayed.

Probation is directed to provide any and all accumulated-to-date, or to-be-accumulated medical records to the Bureau of Prisons. Pursuant to the medical on-the-record waiver provided by the Defendant with the concurrence of her counsel, the Probation Officer is entitled full access to medical records. All medical records are to remain sealed, to be viewed only by the Court, the Probation Office, Defense Counsel, Defendant and the BOP medical facility (for medical treatment and placement issues only).

The Bureau of Prisons is to designate a medical facility as the institution of placement so that the Defendant will go directly to a medical facility. The BOP has requested that such a directive be made a part of this sentencing document.

1     Defense Counsel DeLapp is allowed to continue her representation of the Defendant for 90 days
2 so that there is assurance that no important medical issue is ignored or lost in the transition.

4 Dated: July 16, 2010                          **/s/ LAWRENCE J. O'NEILL**
                                                                           United States District Judge